**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

INTERNATIONAL PETROLEUM
PRODUCTS AND ADDITIVES
COMPANY, INC.,

    Plaintiff,                                 Case No.: 1:20-cv-00586

vs.

                                             **CALENDAR ORDER**
                                             Marbley, C.J.
PXL CHEMICALS BV, et al.,              Bowman, M.J.

    Defendants.

This case shall proceed as follows:

1.    Deadline to move to amend pleadings and/or add parties:  **August 1, 2023**

2.    Discovery deadline:  **December 15, 2023**

       Deadline to identify plaintiff's experts and provide reports:  **September 15, 2023**
       Deadline to identify defendants' experts and provide reports:  **September 15, 2023**
       Deadline to identify rebuttal experts and provide reports:  **October 13, 2023**

3.    Dispositive motion deadline:  **January 29, 2024**

4.    This matter is referred to Magistrate Judge Karen Litkovitz for her to conduct a mediation or to refer to the attorney mediation panel.

       The Final Pretrial Conference and Trial dates will be scheduled by Chief Judge Marbley.


                                                     _s/Stephanie K. Bowman_
                                                     Stephanie K. Bowman
                                                     United States Magistrate Judge